UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DIANA H. MALEC,

                      Plaintiff,

      v.                                                      ORDER
                                                               03-CV-969A

METROPOLITAN LIFE INSURANCE CO.,
INC., d/b/a METLIFE and
ROCCO CAPOBIANCO,

                      Defendants.

       Plaintiff brought this action against defendants Metropolitan Life Insurance Company, Inc. and Rocco Capobianco alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, the New York State Human Rights Law, the Equal Pay Act, 29 U.S.C. § 206, and various sections of the New York State Labor Law. This case was referred to Magistrate Judge Hugh B. Scott pursuant to 28 U.S.C. § 636(b)(1).

       On October 6, 2005, the defendants filed a motion for summary judgment. Plaintiff filed a response in opposition to the motion. On September 8, 2006, Magistrate Judge Scott issued a Report and Recommendation recommending that the defendants' motion for summary judgment be granted in its entirety.

       The plaintiff filed objections to Magistrate Judge Scott's Report and

Recommendation and the defendants filed a response.  On January 12, 2007, the Court heard oral argument on the objections.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation and Order to which objections have been made.  Upon <u>de novo</u> review and after hearing arguments of counsel, the Court hereby denies plaintiff's objections and adopts Magistrate Judge Scott's Report and Recommendation in full.  Accordingly, for the reasons stated by Magistrate Judge Scott, the defendants' motion for summary judgment is granted in its entirety.  The Clerk of the Court is directed to enter judgment in favor of the defendants and to take all steps necessary to close the case.

SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  March  30   , 2007

2